# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| FRANKLIN J. SALCEDO, )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>WILLIAM KING, ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:19-CV-66-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On June 20, 2019, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Decision After Review of Plaintiff's Complaint. The time within which to file an objection expired on July 5, 2019, and no objection has been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's right to privacy claim is **DISMISSED** but he may proceed on a deliberate indifference claim.

Since it appears the plaintiff is no longer at the Cumberland County Jail and he has now provided an address where he can be reached, an **ORDER TO SHOW CAUSE** is entered. Within 21 days, the plaintiff shall show why his lawsuit should not be dismissed for lack of prosecution. See Local Rule 41.1(b).

**SO ORDERED.**

**DATED THIS 16TH DAY OF JULY, 2018**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**